

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

JENNIFER L. BLOOM
DIRECT DIAL: 212 • 309 • 1314
EMAIL: jbloom@hunton.com

November 17, 2020

FILE NO: 121271.0000017

**Via ECF**

Hon. Alison J. Nathan, District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020
```

      Re:    *McGlynn v. Oath Inc.*, 1:20-cv-01413 (AJN)

Dear Judge Nathan:

We represent Oath Inc. ("Oath") in the above matter and write pursuant to Your Honor's Individual Practice Rule 1.D to respectfully request an adjournment of the post-discovery conference presently set for November 20, 2020.

This is Oath's first request for an adjournment of a conference. Oath requests this adjournment due to a scheduling conflict. This adjournment will not affect any other scheduled dates. Undersigned counsel has conferred with counsel for Plaintiff, Richard Liebowitz, who consents to the requested adjournment. Counsel for both parties are available for a conference on December 4, 2020, January 8, 2021 and January 22, 2021.

                                  Respectfully submitted,

                                  Jennifer L. Bloom

cc:    Counsel of record (via ECF)

> The post-discovery conference is hereby adjourned to January 8, 2021 at 3:00 p.m.
> SO ORDERED.
>
> *Alison J. Nathan*
> 11/17/2020

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON   LONDON   LOS ANGELES
MIAMI   NEW YORK   NORFOLK   RALEIGH/DURHAM   RICHMOND   SAN FRANCISCO   THE WOODLANDS   TYSONS   WASHINGTON, DC

121271.0000017 EMF_US 82722945v2      www.HuntonAK.com