1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David McGlynn,

                              Plaintiff,

            —v—

Oath Inc.,

                              Defendant.

20-cv-1413 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the parties' December 1, 2020 letter requesting a referral to the Southern District's Mediation Program.  Dkt. No. 17.  As of the date of this order, Richard Liebowitz is the only counsel who has entered a notice of appearance on behalf of Plaintiff David McGlynn.  On November 30, 2020, this Court's Grievance Committee entered an Amended Order immediately suspending Mr. Liebowitz "from the practice of law before this Court pending final adjudication of the charges against [him]."  *In re Liebowitz*, No. M-2-238, at 1–2 (S.D.N.Y. Nov. 30, 2020).

Within one week of this Order, counsel for the Defendant is ORDERED to submit a letter indicating who on behalf of Plaintiff authorized the "joint[] request" for a referral to the Southern District's Mediation Program that is referenced in the December 1, 2020 letter (Dkt. No. 17). The letter must also indicate on what date that authorization was provided to counsel for the Defendant.

Furthermore, it is ORDERED that within 60 days of this Order, an attorney who is presently authorized to practice in this District must enter a notice of appearance in this case on

2

behalf of Plaintiff; in the alternative, Plaintiff may enter a *pro se* notice within 60 days of this Order.  Failure to do so may result in this case being dismissed for failure to prosecute.

By December 9, 2020, Mr. Liebowitz is hereby ORDERED to serve on the Plaintiff a copy of this Order and a copy of the Amended Order suspending Mr. Liebowitz (*In re Liebowitz*, No. M-2-238 (S.D.N.Y. Nov. 30, 2020)).  Mr. Liebowitz must file with the Court proof of service by December 10, 2020.

SO ORDERED.

Dated:  December 3, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge