

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

JENNIFER L. BLOOM
DIRECT DIAL: 212 • 309 • 1314
EMAIL: jbloom@hunton.com

FILE NO: 121271.0000017

December 4, 2020

**Via ECF**

Hon. Alison J. Nathan, District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *McGlynn v. Oath Inc.*, 1:20-cv-01413 (AJN)

Dear Judge Nathan:

We represent Oath Inc. ("Oath") in the above matter and write pursuant to the Court's December 3, 2020 Order (Dkt. 18).

Further to the Case Management Plan and Scheduling Order (Dkt. 14), on December 1, 2020 at 10:14 a.m., I contacted Mr. Liebowitz and Mr. Freeman by e-mail with a proposed joint letter to the Court requesting referral to the Southern District's Mediation Program. Mr. Freeman responded on December 1 at 1:56 p.m., authorizing me to proceed with the filing of the letter. The letter was subsequently filed at 3:19 p.m.

                                              Respectfully submitted,

                                              Jennifer L. Bloom

cc:    Counsel of record (via ECF)

ATLANTA  AUSTIN  BANGKOK  BEIJING  BOSTON  BRUSSELS  CHARLOTTE  DALLAS  DUBAI  HOUSTON  LONDON  LOS ANGELES
MIAMI  NEW YORK  NORFOLK  RALEIGH/DURHAM  RICHMOND  SAN FRANCISCO  THE WOODLANDS  TYSONS  WASHINGTON, DC

121271.0000017 EMF_US 83000587v1           www.HuntonAK.com