USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/21

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David McGlynn,

                    Plaintiff,

          –v–

Oath Inc.,

                    Defendant.

20-cv-1413 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The post-discovery conference scheduled for January 8, 2021 is hereby adjourned to

January 22, 2021 at 3:00 p.m.  In light of the COVID-19 public health crisis, the Court will not

hold the post-discovery conference in this case in person.  Counsel should submit a joint status

letter on ECF no later than seven days prior to the scheduled conference.  The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties
   should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the
   parties would like a referral to the Magistrate Judge or the Court-annexed Mediation
   Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary
   judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the
   submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's
   Individual Practices in Civil Cases, and (b) potential trial dates; and

5) Indicate whether they can do without a conference altogether.

After reviewing the parties' joint status letter, the Court will issue an order indicating

whether the conference is cancelled and addressing any other relevant deadlines and information.

If a conference is held, it will be by telephone, albeit perhaps at a different time than the

2

currently scheduled time.  To that end, if counsel believe that a conference would be appropriate,

they should indicate in their joint status letter all times on the date of the scheduled conference

that they would be available for a telephone conference.  In the event that the parties decide to

proceed with the post-discovery conference, the parties and members of the public may access

the proceeding by dialing (888) 363-4749 and entering access code 9196964.  In either case,

counsel should review and comply with the Court's Emergency Individual Rules and Practices in

Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated:  January 5, 2021
      New York, New York

_____
      ALISON J. NATHAN
    United States District Judge