

January 11, 2021

Honorable Alison J. Nathan (U.S.D.J.)
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021

Re:  *McGlynn v. Oath, 1:20-cv-01413-AJN*

Dear Judge Nathan:

We represent Plaintiff David McGlynn ("Plaintiff") in the above-captioned case and write pursuant to section I.D of the Court's Individual Practices in Civil Cases to respectfully request an adjournment of the post-discovery conference scheduled for January 22, 2021 until a Friday after the parties have conducted their mediation session, which is currently scheduled for February 1, 2021.

(i)   The scheduled date for the post-discovery conference is January 22, 2021 [Dkt. # 23];

(ii)  A request for an adjournment was previously made by Defendant on November 17, 2020 [Dkt. #15];

(iii) The previous request for an adjournment was granted on November 17, 2020 [Dkt. #16]

(iv)  Defendant Oath Inc. consents to the requested relief.

The mutually agreeable dates for a re-scheduled conference are:

- February 12, 2021, February 19, 2021 or February 26, 2021.

The post-discovery conference is hereby adjourned to February 19, 2021 at 3:00 p.m.
SO ORDERED.

*[signature]*
1/12/2021

Respectfully submitted,

**/s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff
David McGlynn*